UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. |
| MALCOLM EWING, | : | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | : | and (b)(2) and § 2256 |
| | : | (Possessing Material Constituting or |
| | : | Containing Child Pornography |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 29, 2002, within the District of Columbia, **MALCOLM EWING**, knowingly possessed printed images which contained any visual depiction that had been mailed, and shipped and transported, in interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Possessing Material Constituting or Containing Child Pornography,** in violation of Title 18 United States Code §§ 2252(a)(4)(B) and (b)(2) and 2256)

JEFFREY A. TAYLOR
Attorney of the United States in and
for the District of Columbia
Bar No. 498610

BY:    _____/S/_____
LisaMarie Freitas
DOJ Trial Attorney
Child Exploitation and Obscenity Section
1400 New York Ave., N.W., Suite 600
Washington, D.C. 20005