**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                                              Criminal No. 08-198(EGS)

MALCOLM EWING
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **OTOBER 23, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **OCTOBER 30, 2008**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 6, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **NOVEMBER 13, 2008 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: July 30, 2008    EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE