UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

VS.

CR. NO. 08-198

MALCOLM EWING
    Defendant

FILED
JUL 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **MALCOLM EWING** the above named defendant, who is accused of **POSSESSING MATERIAL CONSTITUTING OR CONTAINING CHILD PORNOGRAPHY** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
DEFENSE COUNSEL

BEFORE_____
JUDICIAL OFFICER

AO 455 (Rev.5/85) Waiver of Indictment