Statement of Offense
Malcolm Ewing

      In February of 2002, Malcolm Ewing, using the email address <msewing@hotmail.com>, placed an advertisement with the heading, "Hot Young Dad/Uncle Seeks Younger Son/Nephew/Brother" in an online magazine established for individuals interested in older male-young boy sex titled "Handjobs Magazine." Ewing began communicating online with an undercover Inspector from the United States Postal Inspection Service wherein he discussed his interest in sex with younger boys and the exchange of child exploitation images depicting sexually explicit conduct. Ewing continued communicating with the undercover Inspector and represented in his messages that he downloaded child pornography from the Internet and was interested in trading child pornography with the Inspector. One hundred and forty five printed images of Child Pornography were located in the residence of Malcolm Ewing during the execution of a Federal Search warrant in May of 2002. These images depict prepubescent and pubescent males engaged in sexually explicit conduct. These images depict real children engaged in sexually explicit conduct to include oral and anal sex.

*Malcolm Ewing*
July 30, 2008

**FILED**
JUL 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT